**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. ________________________**

HAPPY TAX HOLDING CORP.,
a Delaware corporation, HAPPY TAX
FRANCHISING, LLC, a Florida limited
liability company, HAPPY TAX
BRANDS, LLC, a New York limited
liability company, MARIO COSTANZ,
an individual, and MONICA POIRIER,
an individual,

Plaintiffs,

vs.

JAMEY HILL, an individual,
THE J. L. HILL GROUP, LLC,
a Nevada limited liability company,
TRICIA DRAGO, an individual,
BANYAN ACCOUNTING, LLC,
a Hawaii limited liability company,
SEAN MCDONALD, an individual,
CHAD GREENE, an individual,
JOHNNIE JEMEL MAINER-SMITH,
an individual, BOTTOM LINE TAX
SERVICE LLC, a Georgia, limited liability
company, and DOES 1 through 20,
inclusive,

Defendants.
____________________________________/

**VERIFIED COMPLAINT**

Plaintiffs, HAPPY TAX HOLDING CORP., HAPPY TAX FRANCHISING, LLC, HAPPY TAX BRANDS, LLC (collectively, "**Happy Tax**"), MARIO COSTANZ and MONICA POIRIER (collectively, "**Plaintiffs**"), hereby sue Defendants, JAMEY HILL, THE J. L. HILL GROUP, LLC, TRICIA DRAGO, BANYAN ACCOUNTING, LLC, SEAN MCDONALD, CHAD GREENE, JOHNNIE JEMEL MAINER-SMITH, BOTTOM LINE TAX SERVICE LLC and DOES 1 THROUGH 20, INCLUSIVE, and allege as follows:

## NATURE OF THE ACTION

1. Defendants are a group of former and current franchisees and area representatives who have individually and in concert caused harm to Plaintiffs with a baseless, vindictive campaign of "anonymous" false and defamatory emails sent to Happy Tax board members, employees, investors, other franchisees and likely others. Defendants' egregious false and defamatory emails have injured Happy Tax and its efforts to grow and expand its nationwide virtual assisted tax preparation business, have instilled fear in Happy Tax board members and employees and improperly encouraged them to separate from Happy Tax to deplete Happy Tax's resources.

2. Plaintiffs bring this action at law and equity asserting claims for defamation *per se*, defamation, trademark dilution, and breach of the non-disparagement clauses of the applicable franchise agreements, and seek actual monetary damages for the injury caused to their respective business reputations, three times the actual damages sustained by Happy Tax, punitive damages and temporary and permanent injunctive relief.

## PARTIES, JURISDICTION AND VENUE

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 as the matter in controversy involves a question of federal law involving 15 U.S.C § 1125, and pursuant to 28 U.S.C. § 1332(a)(a) as this matter exceeds the value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

4. Venue in this district is proper pursuant to 28 U.S.C. § 1391, as Plaintiffs sustained damages in this district, and because the operative franchise agreements for the respective Defendants each contains a venue selection clause requiring any such action be brought in this district.

5. Plaintiff Happy Tax Holdings Corporation is a Delaware Corporation with its principal place of business at 919 North Market Street, Suite 950, Wilmington, DE 19801.

6. Plaintiff Happy Tax Franchising, LLC is a Florida limited liability company with its principal place of business at 350 Lincoln Road, Miami Beach, Florida 33139.

7. Plaintiff Happy Tax Brands LLC is a New York limited liability company, with its principal place of business at 175 Huguenot Street, Suite 200, New Rochelle, New York 10801.

8. Plaintiff Mario Costanz is the founder of Happy Tax and a director of Happy Tax Holdings Corp. Mr. Costanz is a resident of State of New York and is otherwise *sui juris*.

9. Plaintiff Monica Poirier is the CEO and CFO of Happy Tax Franchising. Ms. Poirier is a resident of the State of Massachusetts and is otherwise *sui juris*.

10. Defendant Jamey Hill, a former franchisee of Happy Tax Franchising, is upon information and belief, a resident of the State of Nevada and is otherwise *sui juris*.

11. Defendant The J L Hill Group, LLC, a Nevada limited liability company and former Happy Tax franchisee operated by Mr. Hill.

12. Defendant Tricia Drago, a former franchisee of Happy Tax Franchising, is upon information and belief, a resident of the State of Hawaii and is otherwise *sui juris*.

13. Defendant Banyan Accounting, LLC, a Nevada limited liability company and a current Happy Tax franchisee operated by Ms. Drago and is otherwise *sui juris*.

14. Defendant Sean McDonald, a current franchisee of Happy Tax Franchising, is upon information and belief, a resident of Connecticut and is otherwise *sui juris*.

15. Defendant Chad Greene, a current franchisee of Happy Tax Franchising, is upon information and belief, a resident of North Carolina and is otherwise *sui juris*.

16. Defendant Johnnie Jemel Mainer-Smith, a former franchisee of Happy Tax Franchising, is a resident of State of Georgia and is otherwise *sui juris*.

17. Defendant Bottom Line Tax Service LLC, a Georgia limited liability company and a former Happy Tax franchisee operated by Mr. Mainer-Smith.

18. The true names or capacities, whether individual, corporate, associate, representative, or otherwise, of Defendants named herein as DOES 1 through 20, inclusive, are unknown to Plaintiffs who sue such Defendants by fictitious names. Plaintiffs will amend this Complaint to show their true names and capacities when the same have been ascertained.

19. Plaintiffs are informed and believe, and thereon allege, that at all times herein mentioned, each of the Defendants named herein as DOES 1 through 20, inclusive, sent or acted in concert with each of the named Defendants. Plaintiffs are informed and believe, and thereon allege, that each of the fictitiously named Defendants is responsible in some manner for the occurrences herein alleged.

## GENERAL ALLEGATIONS

### ***Happy Tax Background***

20. Happy Tax provides tax preparation services to consumers through franchisees and certified public accountants ("CPAs") and through its proprietary processing system ("**Happy Tax Processing System**").

21. Happy Tax franchisees contract with Happy Tax for the right to use the Happy Tax Processing System, brand, trademarks and trade dress in selling tax preparation services in a particular geographic area.

22. Happy Tax has spent a great deal of time, effort and money developing the Happy Tax Processing System, trademarks and trade dress. Happy Tax Brands owns valuable intellectual property in the form of trademarks ("**Happy Tax Marks**").

23. At the time it launched the Happy Tax Processing System, Happy Tax sought to differentiate itself from other tax preparation services. Happy Tax's virtual tax system, use of CPAs and audit assistance are unique in the industry and a huge draw for potential clientele.

24. Happy Tax operates a nationwide network that offers assisted tax preparation and filing services. Happy Tax and its franchisees market Happy Tax tax preparation services to existing and potential customers by promoting, among other things, Happy Tax's Processing System, its use of professional CPAs to create the tax returns and its audit assistance. The services provided by Happy Tax's franchisees have been commercially promoted, sold and rendered throughout the United States since 2015.

25. Happy Tax has used the Happy Tax Marks on labeling, packaging and in extensive advertising and promotional campaigns for its services and business. Happy Tax owns the trademarks HAPPY TAX®, HAPPY TAX SERVICE and design®, and GET HAPPY TAX™ as well as related trademarks (the "Happy Tax Marks"). Happy Tax owns the U.S. federal trademark registration nos. 4,715,771 and 4,845,272. Happy Tax operates its business via happytax.com, gethappytax.com and other websites. The HAPPY TAX Marks are extremely distinctive and strong, and, thus, entitled to the broadest protection under the federal Lanham Act. Happy Tax also undertakes substantial efforts to protect its trademark assets. Happy Tax has expended substantial funds to maintain the quality of the services offered under the Happy Tax Marks, and to ensure that all of the uses of those marks reinforce the Happy Tax brand. In particular, Happy Tax has focused on its web presence by, among other things, purchasing domain names, building websites, advertising and marketing its websites, and creating a significant social media presence. The goodwill associated with the high quality personalized services provided by Happy Tax, and embodied in the Happy Tax Processing System and Marks has been, and continues to be, a unique benefit to Happy Tax and its franchisees.

26. Happy Tax franchisees provide assisted tax preparation services both online and in-person, through professional CPAs. Happy Tax provides high quality personalized services. Certain of the Happy Tax franchisees have had retail stores or offices, and the tax professionals and their customers may choose to meet in person.

27. From a financial perspective, fiscal year 2019 was a vital and important time for Happy Tax. Happy Tax engaged in various fundraising efforts in effort to obtain working capital to expand and continue to build its business. In July 2019, Happy Tax received a $1,000,000.00 investment in the form of a convertible note.

28. Since receiving such investment, Happy Tax has focused on growing and expanding its business. However, as a result of a campaign of defamation and commercial disparagement against Happy Tax, which upon information and belief, Defendants organized and led, it directors and officers, Happy Tax sustained significant harm to its reputation and its ability to generate revenue.

29. Thereafter, Happy Tax conducted a review of its business plan and decided that, in order to rebuild its business, it would need to ensure all franchisees are in compliance with their respective franchise agreement.

30. To that end, Happy Tax was forced to terminate some franchisees that failed to comply with their agreements. Two of the franchisees that Happy Tax terminated were (i) defendant The J Hill Group, LLC operated by defendant Jamey Hill, and (ii) defendant Bottom Line Tax Service, LLC operated by defendant Johnnie Jemel Mainer-Smith.

***Defamatory Actions***

31. In late September 2019, Happy Tax became aware that, without authorization and in violation of Happy Tax's rights, a person or entity or group of persons acting in concert commenced using the address "Team Happy Tax happytax@protonmail.com" to send emails to

Happy Tax franchisees, employees, Board Members and others. Happy Tax was alerted to the abusive actions and defamatory emails by multiple parties including Board members, employees and current franchisees who received the emails.

32. On September 28, 2019, an email was published and sent anonymously from the "Team Happy Tax happytax@protonmail.com" email address ("**September 28th Email**"), attached as **Exhibit "1."**

33. The email subject line was "Mario Costanz and Happy Tax" and contained the following defamatory statements injurious to Happy Tax, Mr. Costanz and Ms. Poirier and abusive, fear-inducing statements to existing Happy Tax employees injurious to Happy Tax's business:

a. "his [Mario Costanz] dishonesty";

b. "Mario Costanz is unstable and dishonest. He is a thief and a bully.";

c. 'There is not doubt that Mario Costanz will soon be under scrutiny and going to prison.":

d. "You have entrusted a dishonest person [Mario Costanz] with your money...";

e. "Mr. Costanz is a pathological liar."

f. "If you are employed by Happy Tax LLC, you should leave before your good-faith efforts are rewarded with turmoil, uncertainty and legal liability.";

g. "You [Monica Poirier, Happy Tax's CEO], are also dishonest and it is clear that you are in way over your head. You are just a tool for Mario."

34. Upon information and belief, this email was sent in concert by Defendants. Indeed, the email commences "We are writing this communication anonymously" and repeats "we" at the close of the email.

35. Each of the statements in the September 28th Email is utterly false and was published without any justification with the express purpose of harming Plaintiffs' business and reputations.

36. On October 11, 2019, Happy Tax's Chief Tax Officer, Knox Wimberly forwarded a letter from Happy Tax's counsel to the owner of the "Team Happy Tax happytax@protonmail.com" email account demanding that the owner of the email account cease and desist from sending such emails ("**Cease and Desist**"), attached as **Exhibit "2."**

37. On October 14, 2019, another anonymous email from "Team Happy Tax happytax@protonmail.com," containing no subject line, was sent to Knox Wimberly, Happy Tax's Chief Tax Officer, stating: "As you know, we have been defrauded by Happy Tax and you are no small part of that. You may know that we have specific knowledge about you and the company" ("**First October 14th Email**"), attached as **Exhibit "3."** The email asserted or implied Mr. Wimberly was part of a fraud by Happy Tax, which statement was false and defamatory.

38. Another email later the same day from "Team Happy Tax happytax@protonmail.com" to Mr. Wimberly stated: "We did not threaten you and you have had many chances to help us. Trying to trick us with that png file and yesware was lazy. And sending it from your Happy Tax email account betrayed your intentions. The only way you can prove your honesty is to denounce Happy Tax rather than perpetuating the fraud" ("**Second October 14th Email**"), attached as **Exhibit "4."** The reference to "fraud" in such email was false and defamatory. The email to Mr. Wimberly also was abusive because the sender or sender group sought to persuade Mr. Wimberly to denounce his employer and injure Happy Tax's business and reputation.

39. As a result, on October 14, 2019 Happy Tax, by their counsel, contacted Proton Technologies Gmbh in Switzerland and reported the transmission of abusive and defamatory emails from "Team Happy Tax happytax@protonmail.com" ("**Proton Letter**"), attached as **Exhibit "5."** Happy Tax also noted that owner of "Team Happy Tax happytax@protonmail.com" was violating Happy Tax's trademark rights by using its trademark in the section of the email address.

40. Proton Technologies responded on October 15, 2019 and advised that they had suspended the "Team Happy Tax happytax@protonmail.com" email account ("**Proton Response**"), attached as **Exhibit "6."**

41. Happy Tax has not yet, however, been able to obtain the identity of the owner of "Team Happy Tax happytax@protonmail.com" email account and/or the sender of the above defamatory email.

42. After the "Team Happy Tax happytax@protonmail.com" email account was suspended, upon information and belief, the same person or persons acting in concert continued their campaign of sending further abusive, defamatory emails to an employee and a recent investor in Happy Tax.

43. On October 23, 2019, additional anonymous defamatory email commenced being sent from a new email address of alltrue@tuta.io with an anonymous email to Nathan Pratt, Happy Tax's Director of Marketing ("**October 23rd Email**"), attached as **Exhibit "7."**

44. The email, captioned "HT - be careful," published false information and was defamatory. It stated in part: "You are now in danger of Mario Costanz's fraud affecting you. We hear that you are a good Christian man. We don't want you to be hurt." The reference to "fraud" in such email was false and defamatory.

45. The next day, on October 24, 2019, Happy Tax, via its counsel, sent a letter to Tutao GmbH, the operator of the tuta.io email, in Germany, requesting that the email account alltrue@tuta.io be suspended and requesting the turn-over of information regarding the owner of the account ("**October 24th Letter**"), attached as **Exhibit "8."**

46. On October 29, 2019 another anonymous defamatory email was sent to a new major investor in Happy Tax ("**October 29th Email**"), attached as **Exhibit "9."** The October 29th Email used the <u>identical</u> subject line "Mario Costanz and Happy Tax" as the September 29, 2019 sent from the "Team Happy Tax happytax@protonmail.com" email account.

47. The email indicated it was being sent by a group of franchisees and area representatives for Happy Tax: "We are contacting you to enlighten you about your recent investment. We are franchisees and area reps for Happy Tax. We understand that you are a recent investor and we also know you have the reputation of an honorable man."

48. The October 29th Email published false statements about Happy Tax, Mr. Costanz and Ms. Poirier and current Happy Tax employees as follows:

a. "Mario has committed fraud on many levels in his dealings with us. We know that he completely misrepresented the business to you when negotiating your investment. We also know that he is continuing to misrepresent the business to you by lying about revenue and existing partner relationships. There are very few active partners if any. Happy Tax has simply destroyed these relationships through incompetence, mistreatment and fraud."

b. "Mario and Happy Tax are currently under investigation in several states and by several regulatory agencies. We know this to be factual because we are directly involved in providing information to these agencies. There is a wave of civil, regulatory and criminal investigations underway."

c. "He [Mario Costanz] appointed a franchisee, Monica Poirier, to CEO and CFO position who is so grossly unqualified that it sent any remaining partners into a fight or flight situation."

d. "We are at the point where we think mental illness [Mario Costanz] might be involved.

e. "All of the trustworthy Happy Tax employees have been terminated." This false and defamatory statement asserts and/or implies that existing Happy Tax employees are not trustworthy.

f. "He [Mario Costanz] is a conman and a fraudster. We will soon have access to explosive documents that we will send you when we can. These documents will prove the statements in this email. Should you want one of us to contact you directly and without anonymity, please let us know. We are not hiding. We are just well aware that Mario will try to destroy anyone who speaks the truth. He is already doing it to some of us who invested and worked our backsides off for Happy Tax. Mario is shameless and we will see to it that he gets what he deserves and we are made whole."

49. Such email was sent from "Former and current Happy Tax Partners."

50. The next day, a second anonymous defamatory email was sent from alltrue@tuta.io to the major investor ("**October 30th Email**"), attached as **Exhibit "10."**

51. The October 30th Email used the <u>identical</u> caption "Mario Costanz and Happy Tax" as the September 29th Email sent from the "Team Happy Tax happytax@protonmail.com" email account. The October 30th Email asserted false and defamatory statements as follows:

a. "HT has pretty much abandoned the business you invested in"; and

b. "the [Happy Tax] franchise model is dead due to Mario's incompetence and fraud."

52. On October 30, 2019, Happy Tax, via its counsel, again reached out to Tutao GmbH, the operator of the tuta.io email, in Germany, requesting the suspension of the alltrue@tuta.io account and requesting turn over of information about the owner of the account. No response has been received.

53. The purpose of the sender or group of senders acting in concert in transmitting the above emails is to make false, disparaging, abusive and inflammatory allegations about Happy Tax, Mario Costanz, Monica Poirier, and Happy Tax's employees in order to deliberately harm Happy Tax's business and the individual directors and officers of Happy Tax. In addition, the sender or group of senders acting in concert has sought to instill fear in Happy Tax's existing employees to persuade them to quit their employment and thereby further harm Happy Tax's ability to conduct its business.

54. Plaintiffs have retained the undersigned law firms and have agreed to pay them a reasonable fee for its legal services.

55. All conditions precedent to the maintenance of this action have occurred, have been performed by Plaintiffs, or have otherwise been waived or excused by Defendants.

**COUNT I—DEFAMATION *PER SE***
***(Against All Defendants)***

Plaintiffs adopt and re-allege the allegations contained in paragraphs 1 through 55 above, as if fully set forth herein.

56. False and defamatory statements regarding Happy Tax, Mario Costanz, Monica Poirier and Happy Tax employees were published by, upon information and belief, one of the defendants or the defendants acting in concert.

57. Defendants' statements in the emails were false, defamatory, abusive and inflammatory because they asserted or implied, as specifically referenced above, among other things, that Happy Tax was and is engaged in fraudulent conduct; Mr. Costanz is a "thief," "fraudster" and "conman"; Ms. Poirier is "unqualified" as CEO of the Happy Tax Franchising; and Happy Tax employees are not "trustworthy" and the Plaintiffs are participating in perpetuating a fraudulent scheme. The statements were extremely injurious and prejudicial in nature. Defendants' egregious wrongful conduct was intentional.

58. The statements were made with malicious intent to harm Happy Tax by, among other things, injuring the reputation of Happy Tax's executives with its new major investor and encouraging Happy Tax employees to quit their employment.

59. Each of defendants is a sophisticated businessperson and either each knew that the statements were false or each of them reckless disregarded that the statements were false despite the awareness of the probable falsity of the statements.

60. Defendants sent the false, defamatory and injurious statements without any legal justification for doing so.

61. As a result of the widespread dissemination of the false statements, Plaintiffs Happy Tax Holdings Corp., Happy Tax Franchising, Happy Tax Brands, Mr. Costanz and Ms. Poirier have suffered monetary damages, lost profits, reputational harm including injury to their business operation, goodwill, and in Mr. Costanz's and Ms. Poirier's individual cases, humiliation, mental anguish and suffering. The sender or group of senders also have instilled fear in Happy Tax's, Board members, franchisees and investors by existing employees be encouraging them to quit their employment or association and further harm Happy Tax.

**WHEREFORE,** Plaintiffs demand judgment against Defendants, jointly and severally, for temporary and permanent injunctive relief to enjoin the further publication of false statements by Defendants, for compensatory damages including, but not limited to, actual, consequential, presumed and punitive damages, pre-judgment and post-judgment interest, costs, and for such other and further relief as this Court deems just and proper.

**COUNT II—DEFAMATION**
***(Against All Defendants)***

Plaintiffs adopt and re-allege the allegations contained in paragraphs 1 through 61 above, as if fully set forth herein.

62. False and defamatory statements regarding Happy Tax, Mario Costanz and Monica Poirier were published by, upon information and belief, one of the defendants, or the defendants, in concert.

63. Defendants' statements in the emails were false, defamatory, abusive and inflammatory because they asserted or implied, as specifically referenced above, among other things, that Happy Tax was and is engaged in fraudulent conduct; Mr. Costanz is a "thief," "fraudster" and "conman"; Ms. Poirier is "unqualified" as CEO of the Happy Tax Franchising; and Happy Tax employees are not "trustworthy" and the Plaintiffs are participating in perpetuating a fraudulent scheme. The statements were extremely injurious and prejudicial in nature. Defendants' egregious wrongful conduct was intentional.

64. Each of defendants is a sophisticated businessperson and either each knew that the statements were false or each of them reckless disregarded that the statements were false despite the awareness of the probable falsity of the statements.

65. Defendants sent the false, defamatory and injurious statements without any legal justification for doing so.

66. As a result of the widespread dissemination of the false statements, Plaintiffs have each suffered monetary damages, lost profits, reputational harm including injury to their business operation, goodwill, and in Mr. Costanz's and Ms. Poirier's individual cases, humiliation, mental anguish and suffering. The sender or group of senders also have instilled fear in Happy Tax's existing employees, Board members, franchisees and investors by encouraging them to quit their employment or association and further harm Happy Tax.

**WHEREFORE,** Plaintiffs demand judgment against Defendants, jointly and severally, for temporary and permanent injunctive relief to enjoin the further publication of false statements by Defendants, for compensatory damages including, but not limited to, actual, consequential, presumed and punitive damages, pre-judgment and post-judgment interest, costs, and for such other and further relief as this Court deems just and proper.

## COUNT III—FEDERAL TRADEMARK DILUTION
***(Happy Tax Against All Defendants)***

Happy Tax adopts and re-alleges the allegations contained in paragraphs 1 through 66 above, as if fully set forth herein.

67. The Happy Tax Marks have been diluted by Defendants' use of the mark in association with their efforts to tarnish Happy Tax's reputation in violation of 15 U.S.C § 1125(c)(2)(B).

68. The Happy Tax Marks, certain of which are federally registered, have been widely used throughout the United States since at least 2014.

69. The Happy Tax Marks have been advertised extensively by Happy Tax and its franchisees on the Happy Tax websites, social media and customized advertising prepared for and used by franchisees. Happy Tax has expended large sums of money to maintain the quality of the services offered under the Happy Tax Marks, and to ensure that all of the uses of those marks reinforce the Happy Tax brand. Happy Tax's social media presence includes producing tax-related

videos for consumers which are posted, by Happy Tax, on various websites including, but not limited to HappyTax.com; GetHappyTax.com; a Happy Tax Facebook page; a Happy Tax twitter account; a mobile application on iTunes and Google Play stores; and a Happy Tax YouTube channel. The Happy Tax YouTube channel promotes videos created by its marketing team. Such videos have been viewed over two million times.

70. Happy Tax has offered a variety of assisted tax preparation services throughout the United States under the Happy Tax Marks.

71. The Happy Tax Marks are widely recognized in its market.

72. The sender or group of senders acting in concert has used without authorization the mark "Team Happy Tax" in conjunction with Happy Tax as part of an email address to embark on a campaign of anonymous defamation.

73. The sender or group of senders has used such email to deceive recipients to believe that such email communications are official communications from the Happy Tax.

74. The improper use of the HAPPY TAX mark has diluted the distinctiveness of HAPPY TAX's mark.

75. The false and misleading actions of the sender or group of senders acting in concert have tarnished and degraded the positive associations and prestigious connotations of the HAPPY TAX Marks.

76. The exceptional, egregious wrongful conduct of the sender or group of senders acting in concert in refusing to comply with HAPPY TAX's request to remove the Happy Tax Marks and false and misleading demonstrated an intentional and willful intent to trade on the goodwill associated with the HAPPY TAX Marks to substantial and irreparable harm of Happy Tax.

77. The sender or group of senders acting in concert has caused and may continue to cause irreparable injury to Happy Tax's goodwill and business reputation and dilution of the distinctiveness and value of the Happy Tax Marks.

**WHEREFORE,** Happy Tax Plaintiffs demand judgment against Defendants, jointly and severally, for temporary and permanent injunctive relief to enjoin the further publication of false statements by Defendants, for compensatory damages including, but not limited to an amount three times Happy Tax's actual damages, costs, and reasonable attorneys' fees under 15 U.S.C. §§ 1114, 1116 and 1117, and for such other and further relief as this Court deems just and proper.

**COUNT IV—BREACH OF FRANCHISE AGREEMENTS**
**(*Against All Defendants*)**

Plaintiffs adopt and re-allege the allegations contained in paragraphs 1 through 66 above, as if fully set forth herein.

78. Based on the content of the false and defamatory emails, and upon information and belief, the sender or group of senders of the emails acting in concert are current and/or former franchisees of Happy Tax.

79. Each of the defendants is a party to a franchise agreement with Happy Tax.

80. Each franchise agreement contains a non-disparagement clause that provides: "Non-Disparagement. Franchisee agrees that at no time will it disparage Franchisor or its officers, members, agents, employees, and franchisees."

81. Each franchise agreement also provides that the non-disparagement clause survives termination of the agreement and thereby is equally enforceable against any Happy Tax franchisees who have been terminated.

82. Defendants' statements in the emails were false, defamatory, abusive and inflammatory because they asserted or implied, as specifically referenced above, among other things, that Happy Tax was and is engaged in fraudulent conduct; Mr. Costanz is a "thief," "fraudster" and "conman"; Ms. Poirier is "unqualified" as CEO of the Happy Tax Franchising; and Happy Tax employees are not "trustworthy" and the Plaintiffs are participating in perpetuating a fraudulent scheme. The statements were extremely injurious and prejudicial in nature. Defendants' egregious wrongful conduct was intentional.

83. The statements in the anonymous defamatory emails referenced above are disparaging in nature to Happy Tax, Mr. Costanz and Mr. Poirier and violate the non-disparagements clauses of the defendants' franchise agreements.

84. Plaintiffs have suffered monetary damages, lost profits, reputational harm including injury to their business operation, goodwill, and in Mr. Costanz's and Ms. Poirier's individual cases, humiliation, mental anguish and suffering.

85. The sender or group of senders also have instilled fear in Happy Tax's existing employees, Board members, franchisees and investors by be encouraging them to quit their employment or association and further harm Happy Tax.

86. Defendants' actions constitute breach of their respective franchise agreements.

**WHEREFORE,** Plaintiffs demand judgment against Defendants, jointly and severally, for temporary and permanent injunctive relief to enjoin the further publication of false statements by Defendants, for compensatory damages including, but not limited to, actual, consequential, presumed and punitive damages, pre-judgment and post-judgment interest, costs, and for such other and further relief as this Court deems just and proper.

**DATED** this 4th day of November 2019.

Respectfully submitted,

Kerry A. Brennan, Esq.
BRENNAN LAW FIRM PLLC
1250 Broadway, 27th Floor
New York, New York 10001
Tel. 212.729.1980
kerry.brennan@brennanlawpllc.com
*Pro Hac Vice* Petition to be filed

-and-

JEFFREY M. BERMAN, P.A.
1722 Sheridan Street No. 225
Hollywood, Florida 33020
Tel 305.834.4150
Fax 305.832.0145

By: JMBerman
JEFFREY M. BERMAN
Fla. Bar No. 14979
jeff@jmbermanlaw.com

**VERIFICATION**

I, MONICA POIRIER, on behalf of myself and all Plaintiffs, verify under penalty of perjury that I have read the foregoing Verified Complaint and its contents. I verify the same are true and correct to the best of my knowledge and recollection, except as to matters therein stated to be alleged on information and belief, and to those matters, I believe them to be true.

Executed this 4 day of November 2019.

Monica M Poirier ______ MONICA POIRIER

**VERIFICATION**

I, MARIO COSTANZ, on behalf of myself and all Plaintiffs, verify under penalty of perjury that I have read the foregoing Verified Complaint and its contents. I verify the same are true and correct to the best of my knowledge and recollection, except as to matters therein stated to be alleged on information and belief, and to those matters, I believe them to be true.

Executed this 4th day of November 2019.

MARIO COSTANZ

# Exhibit “1”

Gmail by Google

**Mario Costanz <mario@theproblemsolver.com>**

# Fwd: Mario Costanz and Happy Tax

**Jody Padar** <jody@newvisioncpagroup.com> Sat, Sep 28, 2019 at 11:00 AM
To: "mario@theproblemsolver.com" <mario@theproblemsolver.com>

Sent from my iPhone

Begin forwarded message:

**From:** Team HappyTax <happytax@protonmail.com (mailto:happytax@protonmail.com)>
**Date:** September 28, 2019 at 9:44:53 AM CDT
**To:** "happytax@protonmail.com (mailto:happytax@protonmail.com)" <happytax@protonmail.com (mailto:happytax@protonmail.com)>
**Subject: Mario Costanz and Happy Tax**
**Reply-To:** Team HappyTax <happytax@protonmail.com (mailto:happytax@protonmail.com)>

We are writing this communication anonymously and we understand that it might be met with skepticism. We are communicating anonymously because we are afraid of what Mario Costanz will do to anyone speaking the truth about his dishonesty. You can easily verify the allegations in this note by contacting almost any Happy Tax franchisee, area representative or employee who has not been pressured or threatened into silence. Mario Costanz is unstable and dishonest. He is a thief and a bully. There is no doubt that Mario Costanz will soon be under scrutiny that could result in him going to prison. There are many people committed to that very outcome. At a certain point, victims rise. This is happening now. As of today, Mario is under preliminary criminal investigation in at least two states and by one federal entity. More will follow. Franchise fraud is real. Investor fraud is real. Mario Costanz, Happy Tax and his executive team will soon be served with civil complaints in multiple states. This will not end well for him. If you are a recent investor in Happy Tax, you have been misled. You have been provided inaccurate or outright false information meant to deceive you. You have entrusted a dishonest person with your money and by extension, your good reputation. If you are Mario Constanz's new employer, you have made a mistake entrusting him with your business and your reputation. Mario Costanz is a pathological liar and you will soon see that if you have not already. If Mario Costanz or Happy Tax LLC owes you money by way of a contract, you will never see it. If you have a judgment against Mario or Happy Tax LLC, you should pursue your money now. Happy Tax LLC recently received a one million dollar investment. By all accounts, the new investor is a good man and just another one of Mario's recent victims. If you are employed by Happy Tax LLC, you should leave before your good-faith efforts are rewarded with turmoil, uncertainty and legal liability. If you are Monica Poirier, please understand that we do not blame you for Mario's actions. They mostly pre-dated you, but we believe you are willingly supporting them. You are clearly intoxicated by your new "CEO" position. You are also very dishonest and it is clear that you are in way over your head. You are just a tool for Mario. In the end he will blame you as he has blamed many others before you. Mario will tell you that none of this is his fault. If you are a published advisor to Happy Tax, you should separate yourself from Happy Tax and Mario Costanz. We know who you are and we know that you are good people. We harbor no ill will towards any of you. Thank you for reading this far and we wish all of you the best. Our efforts to expose Mario Costanz and his enablers will not stop here. Be sure to keep up with your franchise and industry news. This story may be interesting to the industry people. And if you are Mario Costanz and this note has found it's way to you, we sincerely hope you react the way you always do. It will only prove the points we've made.

# Exhibit “2”

BRENNAN LAW FIRM PLLC
1250 BROADWAY, 27TH FLOOR
NEW YORK, NY 10001

Kerry A. Brennan
kerry.brennan@brennanlawpllc.com
212.729.1980

**VIA EMAIL**

October 11, 2019

happytax@protonmail.com

**Notice of Cease and Desist**
**Trademark Used Without Consent**

To Whom This May Concern:

This firm represents Happy Tax Franchising LLC with respect to this matter.

Happy Tax has become aware that you are, without authorization and in violation of Happy Tax's rights, using the address Team Happy Tax happytax@protonmail.com to send emails to Happy Tax franchisees, employees, Board Members and others.

Happy Tax owns the trademarks HAPPY TAX®, HAPPY TAX and design®, HAPPY TAX SERVICE™, and GET HAPPY TAX™ as well as related trademarks. Happy Tax also owns the federal trademark registrations nos. 4,715,771 and 4,845,272. Happy Tax operates its business via happytax.com and gethappytax.com. Happy Tax also operates the Crypto Tax Academy and CryptoTaxPrep.com. The HAPPY TAX family of marks is extremely distinctive and strong, and, thus, entitled to the broadest protection under the federal Lanham Act. Happy Tax also undertakes substantial efforts to protect its trademark assets.

Accordingly, Happy Tax demands that you immediately cease use of the email address happytax@protonmail.com and transfer it to Happy Tax. Please contact the undersigned to complete the transfer and resolve this matter as soon as possible.

Happy Tax demands that that you and any persons acting on your behalf preserve any and all documents (including, but not limited to, emails and other electronic communications) relating to your use of this email address, including any and all emails sent from and received at happytax@protonmail.com. This includes any communications

that you may have sent anonymously. Your failure to observe your preservation obligation pending resolution of this matter may result in a claim of spoliation.

Sincerely,

Kerry A. Brennan

Kerry A. Brennan

# Exhibit "3"

HAPPY TAX SERVICE
Smile, It's Time to File!

**Monica Poirier <monica@happytax.com>**

# Fwd: (No Subject)

1 message

**Knox Wimberly** <knox@happytax.com> Mon, Oct 14, 2019 at 9:03 AM
To: Monica Poirier <monica@happytax.com>, Mario Costanz <mario@theproblemsolver.com>

Did you two get this?



**L. Knox Wimberly**
Chief Tax Officer
**Direct: (844) 426-1040 x 710**

(https://htmlsig.com/t/000001D5ZJVK)
https://GetHappyTax.com (https://gethappytax.com/)

---------- Forwarded message ---------
From: **Team HappyTax** <happytax@protonmail.com (mailto:happytax@protonmail.com)>
Date: Mon, Oct 14, 2019 at 8:38 AM
Subject: (No Subject)
To: knox@happytax.com (mailto:knox@happytax.com) <knox@happytax.com (mailto:knox@happytax.com)>

As you may know, we have been defrauded by Happy Tax and you are no small part of that. You also may know that we have specific information about you and the company. I want to share the information below which will be interesting to you.

The following forms have been completed by several Happy Tax partners, tax clients and crypto tax clients and have been submitted to the IRS.

Form 14157
Form 14242

# Exhibit "4"

**Mario Costanz <mario@theproblemsolver.com>**

# Fwd: (No Subject)

**Knox Wimberly** <knox@happytax.com> Mon, Oct 14, 2019 at 10:39 AM
To: Mario Costanz <mario@theproblemsolver.com>, Monica Poirier <monica@happytax.com>



**L. Knox Wimberly**
Chief Tax Officer

**Direct: (844) 426-1040 x 710**

https://GetHappyTax.com (https://gethappytax.com/)
(https://htmlsig.com/t/000001D5ZJVK)

---------- Forwarded message ---------
From: **Team HappyTax** <happytax@protonmail.com (mailto:happytax@protonmail.com)>
Date: Mon, Oct 14, 2019 at 10:15 AM
Subject: (No Subject)
To: knox@happytax.com (mailto:knox@happytax.com) <knox@happytax.com (mailto:knox@happytax.com)>

We did not threaten you and you have had many chances to help us. Trying to trick us with that png file and yesware was lazy. And sending it from your Happy Tax email account betrayed your intentions.

The only way you can prove your honesty is to denounce Happy Tax rather than perpetuating the fraud.

# Exhibit "5"

# BRENNAN LAW FIRM PLLC
1250 BROADWAY, 27TH FLOOR
NEW YORK, NY 10001

Kerry A. Brennan
kerry.brennan@brennanlawpllc.com
212.729.1980


**VIA EMAIL**

October 14, 2019

Proton Technologies AG
Chemin du Pré-Fleuri, 3
CH-1228 Plan-les-Ouates
Genève, Switzerland

Abuse Report re: happytax@protonmail.com email address
Trademark Used Without Consent

To Whom This May Concern:

This firm represents Happy Tax Franchising LLC, a limited liability company formed under the laws of the State of Delaware, with respect to this matter.

Happy Tax has become aware that, without authorization and in violation of Happy Tax's rights, a person or entity is using the address "Team Happy Tax happytax@protonmail.com" to send emails to Happy Tax franchisees, employees, Board Members and others. Happy Tax was alerted to the abuse of this email address by one of its franchisees that received one of the emails.

Happy Tax owns the trademarks HAPPY TAX®, HAPPY TAX and design®, HAPPY TAX SERVICE™, and GET HAPPY TAX™ as well as related trademarks. Happy Tax also owns the U.S. federal trademark registrations nos. 4,715,771 and 4,845,272. Happy Tax operates its business via happytax.com and gethappytax.com. The HAPPY TAX family of marks is extremely distinctive and strong, and, thus, entitled to the broadest protection under the federal Lanham Act. Happy Tax also undertakes substantial efforts to protect its trademark assets.

The user of happytax@protonmail.com is intentionally and with bad faith using the trade name and trademark as the local-part or mailbox portion of the email address. The user is intentionally doing so to deceive recipients into believing that the email is official correspondence from Happy Tax so that the recipients read the communications. The address also is being used to conceal the identity of the user so that the user may engage in anonymous defamatory activities. The user's emails do not contain any disclaimer that that he or she is not associated with Happy Tax, and thus, such emails are

causing confusion among recipients as to whether the email is sponsored by Happy Tax or a person or entity outside Happy Tax.

Immediately after learning about the user's abusive use of the email address at "Team Happy Tax happy tax@protonmail.com," on October 11, 2019, Happy Tax directly contacted the user at such email address and demanded that such user cease and desist its wrongful conduct. Such user has intentionally ignored such cease and desist letter and has sent further abusive emails to Happy Tax employees.

Accordingly, Happy Tax demands that Proton Technologies (i) provide the undersigned with the name, email address and IP address and all contact information associated with the account for happytax@protonmail.com; (ii) immediately suspend any and all use of the "Team Happy Tax happytax@protonmail.com" address and the user's account in connection therewith; and (iii) arrange for the transfer of such email address and account to Happy Tax, and Happy Tax will assume any fees for the current term for such email address. We ask that you contact the undersigned to arrange for transfer of the email address.

Until this matter is resolved, Happy Tax demands that that you and any persons acting on your behalf preserve any and all documents (including, but not limited to, emails and other electronic communications) relating to this email address, including any and all emails sent from and received at happytax@protonmail.com.

We appreciate your immediate attention to this matter.

Sincerely,

Kerry A. Brennan

Kerry A. Brennan

# Exhibit "6"

## Re: Abuse Report re email address: happytax@protonmail.com

ProtonMail Abuse <abuse@protonmail.com>
Tue 10/15/2019 4:53 AM

**To:** Kerry Brennan <kerry.brennan@brennanlawpllc.com>
**Cc:** legal@protonmail.com <legal@protonmail.com>

Hello,

Thank you for bringing this to our attenton.

We have suspended the account in question, so it can no longer be used. In addition please note that the limited information we have can be given only to the authorities if they have an appropriate from a court order from the Cantonal Court of Geneva or the Swiss Federal Supreme Court.

Best regards,
ProtonMail Abuse Team

------- Original Message -------
On Monday, 14 October 2019 21:14, Kerry Brennan <kerry.brennan@brennanlawpllc.com> wrote:

To Whom This May Concern,

We request your immediate attention to this matter.

Thank you.

Sincerely,

Kerry Brennan

Kerry A. Brennan

**Brennan Law Firm PLLC**
1250 Broadway, 27th Floor
New York, NY 10001
kerry.brennan@brennanlawpllc.com
Tel. 212.729.1980

# Exhibit "7"

Gmail by Google

**Mario Costanz <mario@theproblemsolver.com>**

## Fwd: FW: HT - be careful

**Monica Poirier** <monica@happytax.com> Wed, Oct 23, 2019 at 2:31 PM
To: Mario Costanz <mario@theproblemsolver.com>

**Monica M Poirier**
CEO Happy Tax
monica@happytax.com (mailto:monica@happytax.com)
www.gethappytax.com (http://www.gethappytax.com/boston)
www.cryptotaxprep.com (http://www.cryptotaxprep.com)

---------- Forwarded message ---------
From: **Nathan Pratt** <nathan@happytax.com (mailto:nathan@happytax.com)>
Date: Wed, Oct 23, 2019 at 2:31 PM
Subject: FW: HT - be careful
To: Monica Poirier <monica@happytax.com (mailto:monica@happytax.com)>

Nathan Pratt

Happy Tax | Director of Marketing

nathan@happytax.com (mailto:nathan@happytax.com)

---

**From:** "alltrue@tuta.io (mailto:alltrue@tuta.io)" <alltrue@tuta.io (mailto:alltrue@tuta.io)>
**Date:** Wednesday, October 23, 2019 at 1:02 PM
**To:** Nathan Pratt <nathan@ozarksweb.com (mailto:nathan@ozarksweb.com)>
**Subject:** HT - be careful

You are now in danger of Mario Costanz's fraud affecting you. We hear that you are a good Christian man. We don't want you to be hurt. The attached documents are a precursor to new regulatory, civil and criminal charges coming to Mario Costanz and possibly Monica Poirier and Knox Wimberley *almost certainly*. We will share these documents with you when we have them. You can be sure that they are coming.

Protect yourself.

---

**6 attachments**

(?ui=2&ik=a90210640e&view=att&th=16df9e3c383829e4&attid=0.1&disp=attd&realattid=16df9e36ff93eeae3811&safe=1&zw) **650617_2017_Bronx_Tax_LLC_v_HUBTAX_LLC_et_al_SUMMONS___COMPLAINT_1.pdf**
93K

(?ui=2&ik=a90210640e&view=att&th=16df9e3c383829e4&attid=0.2&disp=attd&realattid=16df9e36ff9808bbf662&safe=1&zw) **655463_2018_Bronx_Tax_LLC_v_Mario_Costanz_CONFESSION_OF_JUDGM_1.pdf**
321K

(?ui=2&ik=a90210640e&view=att&th=16df9e3c383829e4&attid=0.3&disp=attd&realattid=16df9e36ff9b1683ea63&safe=1&zw) **655463_2018_Bronx_Tax_LLC_v_Mario_Costanz_JUDGMENT_6.pdf**
97K

(?ui=2&ik=a90210640e&view=att&th=16df9e3c383829e4&attid=0.4&disp=attd&realattid=16df9e36ff953d523924&safe=1&zw) **D5 - Happy Tax Initial List of Partner Questions 9-4-2019 final.pdf**
107K

(?ui=2&ik=a90210640e&view=att&th=16df9e3c383829e4&attid=0.5&disp=attd&realattid=16df9e36ff982c1a8c5&safe=1&zw) **JTH vs Costanz aka Zee Calls LLC.pdf**
915K

(?ui=2&ik=a90210640e&view=att&th=16df9e3c383829e4&attid=0.6&disp=attd&realattid=16df9e36ff9c66912c66&safe=1&zw) **Martin Vs JTH Tax Liberty.pdf**
571K

# Exhibit "8"

BRENNAN LAW FIRM PLLC
1250 BROADWAY, 27TH FLOOR
NEW YORK, NY 10001

Kerry A. Brennan
kerry.brennan@brennanlawpllc.com
212.729.1980

**VIA EMAIL**

October 24, 2019

Tutao GmbH
Hanomaghof 2
30449 Hanover
Germany

Abuse Report re: alltrue@tuta.io email address

To Whom This May Concern:

This firm represents Happy Tax Franchising LLC, a limited liability company formed under the laws of the State of Delaware, with respect to this matter.

Happy Tax has become aware that the owner of the alltrue@tuta.io email account has sent an anonymous email harassing one of Happy Tax's employees. Moreover, the content of such email contains defamatory and commercially disparaging information about Happy Tax, its board members, officers and employees. Happy Tax was alerted to the abuse of this email address by its employee who received the harassing, defamatory email.

The alltrue@tuta.io email address also is being used to conceal the identity of the user so that the user may engage in harassment and defamatory activities.

This law firm, on behalf of Happy Tax, directly contacted the user at such email address and demanded that such user cease and desist its wrongful conduct.

Accordingly, Happy Tax demands that Tutao GmbH (i) provide the undersigned with the name, email address and IP address and all contact information associated with the account for alltrue@tuta.io; (ii) immediately suspend any and all use of the alltrue@tuta.io address and the user's account in connection therewith; and (iii) arrange for the transfer of such email address and account to Happy Tax, and Happy Tax will assume any fees for the current term for such email address. We ask that you contact the undersigned to arrange for transfer of the email address.

Until this matter is resolved, Happy Tax demands that that you and any persons acting on your behalf preserve any and all documents (including, but not limited to, emails and other electronic communications) relating to this email address, including any and all emails sent from and received at alltrue@tuta.io.

We appreciate your immediate attention to this matter.

Sincerely,

Kerry A. Brennan

Kerry A. Brennan

# Exhibit "9"

Gmail by Google

**Mario Costanz <mario@theproblemsolver.com>**

# FW: Mario Costanz and Happy Tax

**Steven Ibbotson** <sibbotson@fbc.ca> Wed, Oct 30, 2019 at 2:43 PM
To: "mario@theproblemsolver.com" <mario@theproblemsolver.com>

**From:** alltrue@tuta.io (mailto:alltrue@tuta.io) <alltrue@tuta.io (mailto:alltrue@tuta.io)>
**Sent:** October 29, 2019 8:47 AM
**To:** Steven Ibbotson <sibbotson@fbc.ca (mailto:sibbotson@fbc.ca)>
**Subject:** Mario Costanz and Happy Tax

Hello Mr. Ibottson,

We are contacting you to enlighten you about your recent investment. We are franchisees and area reps for Happy Tax. We understand that you are a recent investor and we also know you have the reputation of an honorable man.

Mario has committed fraud on many levels in his dealings with us. We know that he completely misrepresented the business to you when negotiating your investment. We also know that he is continuing to misrepresent the business to you by lying about revenue and existing partner relationships. There are very very few active partners if any. Happy Tax has simply destroyed these relationships through incompetence, mistreatment and fraud.

Mario and Happy Tax are currently under investigation in several states and by several regulatory agencies. We know this to be factual because we are directly involved in providing information to these agencies. There is a wave of civil, regulatory and criminal investigations underway.

As you might know, within days if not hours of accepting your investment, Mario left Happy Tax to take a job at TitleMax. He appointed a franchisee, Monica Poirier, to CEO and CFO position who is so grossly unqualified that it sent any remaining partners into a fight or flight situation.

We are hopeful that you can impact this business in a way that saves us all. We know that contacting you anonymously does not look good but Mario is sue-happy and is already sueing some of us with completely fabricated storylines. It's incredible really. We are at the point were we think mental illness might be involved. All of the trustworthy Happy Tax employees have been terminated. It is beyond belief.

We have had enough and will not rest until justice is served at all possible levels.

We are attaching a group of documents that might help you understand who Mario really is. He is a conman and a fraudster. We will soon have access to explosive documents that we will send you when we can. These documents will prove the statements in this email. Should you want one of us to contact you directly and without anonymity, please let us know. We are not hiding. We

are just well aware that Mario will try to destroy anyone who speaks the truth. He is already doing it to some of us who invested and worked our backsides off for Happy Tax. Mario is shameless and we will see to it that he gets what he deserves and we are made whole.

Respectfully,

Former and current Happy Tax partners.

--

Securely sent with Tutanota. Get your own encrypted, ad-free mailbox:

https://tutanota.com (https://tutanota.com)

---

**6 attachments**

(?ui=2&ik=a90210640e&view=att&th=16e1dfaa788477b5&attid=0.1&disp=attd&safe=1&zw) **650617_2017_Bronx_Tax_LLC_v_HUBTAX_LLC_et_al_SUMMONS___COMPLAINT_1.pdf**
93K

(?ui=2&ik=a90210640e&view=att&th=16e1dfaa788477b5&attid=0.2&disp=attd&safe=1&zw) **655463_2018_Bronx_Tax_LLC_v_Mario_Costanz_CONFESSION_OF_JUDGM_1.pdf**
321K

(?ui=2&ik=a90210640e&view=att&th=16e1dfaa788477b5&attid=0.3&disp=attd&safe=1&zw) **655463_2018_Bronx_Tax_LLC_v_Mario_Costanz_JUDGMENT_6.pdf**
97K

(?ui=2&ik=a90210640e&view=att&th=16e1dfaa788477b5&attid=0.4&disp=attd&safe=1&zw) **D5 - Happy Tax Initial List of Partner Questions 9-4-2019 final.pdf**
107K

(?ui=2&ik=a90210640e&view=att&th=16e1dfaa788477b5&attid=0.5&disp=attd&safe=1&zw) **JTH vs Costanz aka Zee Calls LLC.pdf**
915K

(?ui=2&ik=a90210640e&view=att&th=16e1dfaa788477b5&attid=0.6&disp=attd&safe=1&zw) **Martin Vs JTH Tax Liberty.pdf**
571K

# Exhibit "10"

HAPPY TAX

(https://t.yesware.com/tt/9ddd89a2065d75d737365976818716a272278bb7/423da52f57641f556d9a5d64e77b03fa/b4f3e9c90198f9dc06756c13bbd78d36/htmlsig.com/t/000001C4

Download on the App Store

(https://t.yesware.com/tt/9ddd89a2065d75d737365976818716a272278bb7/423da52f57641f556d9a5d64e77b03fa/3d1780960ec766e9d909fd63be77fc4b/htmlsig.com/t/000001D2

Get it on Google play

(https://t.yesware.com/tt/9ddd89a2065d75d737365976818716a272278bb7/423da52f57641f556d9a5d64e77b03fa/f4c640265e215b0016e232b987244c93/htmlsig.com/t/000001D

Available at amazon

(https://t.yesware.com/tt/9ddd89a2065d75d737365976818716a272278bb7/423da52f57641f556d9a5d64e77b03fa/b21c81d78e096c55ba36e81858fc421d/htmlsig.com/t/000001D

***We believe that NO ONE should go at it alone.***

---------- Forwarded message ---------
From: **Steven Ibbotson** <sibbotson@fbc.ca (mailto:sibbotson@fbc.ca)>
Date: Wed, Oct 30, 2019 at 2:43 PM
Subject: FW: Mario Costanz and Happy Tax
To: Mario Costanz <mario@theproblemsolver.com (mailto:mario@theproblemsolver.com)>

---

**From:** alltrue@tuta.io (mailto:alltrue@tuta.io) <alltrue@tuta.io (mailto:alltrue@tuta.io)>
**Sent:** October 30, 2019 1:44 AM
**To:** Steven Ibbotson <sibbotson@fbc.ca (mailto:sibbotson@fbc.ca)>
**Subject:** Re: Mario Costanz and Happy Tax

Few things you might want to know:

HT has pretty much abandoned the business you invested in. A massive lawsuit will be served next week. We are trying to locate Mario to be served but he is in hiding. Mario is using your money to grow cryptotaxacademy.com (http://t.yesware.com/tt/9ddd89a2065d75d737365976818716a272278bb7/423da52f57641f556d9a5d64e77b03fa/e76c7e6c8a4bfcab9286863ca4d2c543/cryptotaxacademy.com) and cryptotaxprep.com (http://t.yesware.com/tt/9ddd89a2065d75d737365976818716a272278bb7/423da52f57641f556d9a5d64e77b03fa/128ae5d92d64fc768d38658c873b4aba/cryptotaxprep.com). He is then calling this "growth". He is also investing in taxaroo.com (http://t.yesware.com/tt/9ddd89a2065d75d737365976818716a272278bb7/423da52f57641f556d9a5d64e77b03fa/1ffe80584a213d4181779e1a45139e88/taxaroo.com) because the franchise model is dead due to Mario's incompetence and fraud.

--

Securely sent with Tutanota. Get your own encrypted, ad-free mailbox:

https://tutanota.com
(https://t.yesware.com/tt/9ddd89a2065d75d737365976818716a272278bb7/423da52f57641f556d9a5d64e77b03fa/3a4695f3fb500ebc8b5b854a1f00e1cb/tutanota.com)